151 So. 921

## H. J. MORGAN v. B. F. HOWARD.
### 8 Div. 551.

Supreme Court of Alabama.
Dec. 1, 1933.

Thos. E. Orr, of Albertville, for petitioner.

T. Harvey Wright, of Guntersville, for respondent.

FOSTER, Justice.

Petition of H. J. Morgan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Morgan v. Howard, 151 So. 925 (8 Div. 736.)

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

152 So. 918

## MUTUAL SAVINGS LIFE INS. CO. v. Mary ALSUP.
### 7 Div. 181.

Supreme Court of Alabama.
Jan. 11, 1934.

Inzer, Davis & Martin, of Gadsden, for appellant.

McCord & McCord, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

See, also, 224 Ala. 111, 138 So. 824.

151 So. 922

## Earle J. OSBORNE v. Leila Mae OSBORNE.
### 6 Div. 378.

Supreme Court of Alabama.
Dec. 1, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

153 So. 918

## Arthur PITTS v. STATE.
### 8 Div. 546.

Supreme Court of Alabama.
March 1, 1934.

Thos. E. Knight, Jr., Atty. Gen., for the State.

KNIGHT, Justice.

The appellant, Arthur Pitts, was indicted by a grand jury of Madison county of the offense of murder in the first degree, and upon his trial, upon said indictment, in the circuit court of said county, was convicted of murder in the second degree. Defendant's punishment was fixed by the jury at imprisonment in the penitentiary of the state for a term of twenty-five years.

From the judgment and sentence of the court, entered upon the verdict of the jury, the said defendant prosecutes this appeal.

There is no bill of exceptions in the cause, and the record proper discloses no errors of law.

It follows that the judgment appealed from is due to be here affirmed; and it is accordingly so ordered.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

153 So. 918

## Ex parte Roscoe RAGLAND.
### 6 Div. 550.

Supreme Court of Alabama.
Feb. 19, 1934.

Carl W. Vann, of Birmingham, for petitioner.

PER CURIAM.

Denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.